1  RICHARD I. DREITZER, ESQ.
   Nevada Bar No. 6626
2  E-mail: Richard.Dreitzer@wilsonelser.com
   JONATHAN C. PATTILLO, ESQ.
3  Nevada Bar No. 13929
   E-mail: Jonathan.Pattillo@wilsonelser.com
4  WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
   300 South Fourth Street, 11th Floor
5  Las Vegas, Nevada 89101-6014
   Telephone: (702) 727-1400
6  Facsimile: (702) 727-7401
   *Attorneys for Defendant*
7  *MEDICAL DATA SYSTEMS, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Leon Harris | Case No.: 2:19-cv-00219-APG-VCF |
| Plaintiff, | |
| vs. | **Stipulation To Extend Defendants' Time to Respond to Plaintiff's Complaint** |
| Medical Data Systems, Inc. D/B/A Medical Revenue Service | |
| Defendants. | |

COMES NOW, Plaintiff Leon Harris, by and through his attorney of record, David Krieger, Esq. of the law firm of Haines and Kriegerand Defendant Medical Data Systems, Inc., by and through its counsel, Richard Dreitzer, Esq. and Jonathan Pattillo, Esq. of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP and hereby stipulate as follows:

////

////

////

////

////

////

////

////

////

1426156v.1

1. The parties wish for additional time to explore settlement possibilities and that the deadline for Medical Data Systems to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) be extended to March 6, 2019.

Dated this 25th day of February, 2019

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

By: */s/Jonathan C. Pattillo*
    RICHARD I. DREITZER, ESQ.
    Nevada Bar No. 6626
    JONATHAN C. PATTILLO, ESQ.
    Nevada Bar No. 13929
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada 89101-6014
    *Attorneys for Defendant,*
    *Medical Data Systems, Inc.*

Dated this 25th day of February, 2019

HAINES & KREIGER, LLC

By: */s/David Krieger*
    DAVID KRIEGER, ESQ.
    Nevada Bar No. 9086
    8985 S. Eastern Avenue, Suite 350
    Henderson, Nevada 89123
    *Attorney for Plaintiff,*
    *Leon Harris Jr.*

This request is made in good faith and not for the purpose of delay.

Dated this 26th day of February, 2019

IT IS SO ORDERED

_____
UNITED STATES
MAGISTRATE JUDGE

-2-

1426156v.1