JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Richard.Dreitzer@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-7401
*Attorneys for Defendant*
MEDICAL DATA SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEON HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL DATA SYSTEMS, INC. D/B/A MEDICAL REVENUE SERVICE,<br><br>Defendant. | Case No.: 2:19-cv-00219-APG-VCF<br><br>**STIPULATION TO WITHDRAW DEEMED ADMISSIONS AND EXTEND TIME TO RESPOND TO DISCOVERY** |

Plaintiff Leon Harris ("Harris) and Defendant Medical Data Systems, Inc. ("MDS") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulation and Order to Withdraw Deemed Admission and Extend Time To Respond To Written Discovery.

The Stipulation is submitted because MDS needs additional time to respond to Plaintiff's written Interrogatories, Requests for Admissions and Request for Production of Documents ("Plaintiff's Written Discovery Requests"). Plaintiff's Written Discovery Requests were properly served on Defendant on April 16, 2019. Thereafter, an attorney left MDS's counsel's firm which resulted in Plaintiff's Discovery Requests being inadvertently unanswered and Plaintiff's Requests for Admissions being deemed admitted. The parties agree that the deemed admission should be withdrawn and that MDS shall have until July 18, 2019 to respond to Plaintiff's Written Discovery Requests.

IT IS THEREFORE HEREBY STIPULATED AND AGREED that the Court shall issue an Order withdrawing the deemed admissions; and

1482930v.1

IT IS ALSO STIPULATED AND AGREED that MDS shall have until July 18, 2019 to provide responses to Plaintiff's Written Discovery Requests.

Dated this 28th day of June, 2019.

HAINES & KRIEGER, LLC

*/s/ Shawn W. Miller*
DAVID KRIEGER, ESQ.
Nevada Bar No.9086
SHAWN W. MILLER, ESQ.
Nevada Bar No. 7825
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

Dated this 28th day of June, 2019.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Jorge A. Ramirez*
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
*Attorneys for Medical Data Systems, LLC*

**IT IS SO ORDERED:**

July 1, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Jorge A. Ramirez*
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014

1482930v.1